**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD KOCHARIAN AND COMPANY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. Act. No.  1:20-cv-02817-GLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows:

1.      This action was commenced September 29, 2020 to collect monies owed pursuant to the findings of an audit of January 1, 2016 through December 31, 2018.  (Docket No. 1).

2.      Defendant has since paid the contributions owed pursuant to the audit.

3.      The opposing party has served neither an answer nor a motion for summary judgment.

Respectfully submitted,

Dated: January 5, 2021

By:   /s/                                                            .
(Signed by Jacob Szewczyk with permission)
Andrew Kelser (Bar No. 19138)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W.
Eighth Floor
Washington, D.C.  20015
akelser@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.:  (202) 362-2640

**Plaintiffs' Notice of Voluntary Dismissal is hereby APPROVED this 6th day of January, 2021. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to CLOSE this case.**

_____/s/_____
**George L. Russell, III**
**United States District Judge**